# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRYAN D. KOCH,** *executor of the estate of Rhea Lynn Koch, deceased,* **and BRYAN D. KOCH,** *in his own right,* *Plaintiffs,* | **CIVIL ACTION** |
| v. | No. 19-4697 |
| **PROGRESSIVE DIRECT INS. CO.,** *Defendant.* | |

## ORDER

**AND NOW**, this 2ND day of January 2020, upon consideration of Plaintiffs' Motion to Remand Pursuant to 28 U.S.C. § 1447(e) (ECF No. 6) and Defendant's Response thereto (ECF No. 8), it is hereby **ORDERED** that Plaintiffs' Motion to Remand (ECF No. 6) is **GRANTED**. This matter is hereby **REMANDED** to the Court of Common Pleas of Berks County.

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE